No. 79–572. CARLONE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–581. LEAGUE TO SAVE LAKE TAHOE, INC., ET AL. *v.* TROUNDAY, DIRECTOR, DEPARTMENT OF HUMAN RESOURCES OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–5022. HOLLAND *v.* OVERBERG, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–5023. PEDRERO *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 79–5041. HORNER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 79–5065. HERKO *v.* UNITED STATES; and
No. 79–5085. GUGLIELMINI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 598 F. 2d 1149.

No. 79–5077. McGUIRE *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 79–5087. COLEMAN *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 79–5112. MAIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–5117. CRISAFI *v.* FENTON, WARDEN. Ct. App. D. C. Certiorari denied.

No. 79–5125. RUIZ *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.